JS6

FILED
CLERK, U.S. DISTRICT COURT
NOV 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH G. GEORGE,<br><br>            Petitioner,<br><br>   vs.<br><br>R. J. SUBIA, Warden,<br><br>            Respondent. | Case No. EDCV 07-1680-GHK(OP)<br><br>J U D G M E N T |

      Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the First Amended Petition; and (3) directing that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: 11/7/08

HONORABLE GEORGE H. KING
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge